# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 6:23-00035-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CRISTIAN MIGUEL FELIX CAMPANA (01) | MAGISTRATE JUDGE WHITEHURST |

## ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, CRISTIAN MIGUEL FELIX CAMPANA, is **ACCEPTED** and he is finally adjudged guilty of the offense charged in Count 1 of the Bill of Information.

**THUS DONE AND SIGNED, in** Shreveport, Louisiana, this 22nd day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE